Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Cindy N. Mader (Bar No. 213524)
cmader@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, | Case No. C 15-00744 TEH |
| Plaintiff, | **ORDER UPON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND REQUEST FOR TELEPHONIC APPEARANCE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA; WME EMPLOYEE WELFARE BENEFIT PLAN, | |
| Defendants. | |

The Court, having reviewed the Stipulation to Continue Case Management Conference and Request for Telephonic Appearance ("Stipulation") between Plaintiff JOHN DOE and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") finds that good cause exists to enter an order approving said Stipulation.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Case Management Conference currently set for June 8, 2015, at 1:30 p.m. be continued to June 22, 2015 at 1:30 p.m.; and

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

Case No. C 15-00744 TEH
ORDER UPON STIP TO CONTINUE CMC
AND REQUEST FOR TELEPHONIC APPEAR

1       2.      Counsel for Prudential, Linda Lawson, may appear telephonically.

3   Dated:  _____05/11_____, 2015    _____
4                                    Hon. Thelton E. Henderson
                                     Judge, United States District Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson, signed]*

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

2

Case No. C 15-00744 TEH
ORDER UPON STIP TO CONTINUE CMC
AND REQUEST FOR TELEPHONIC APPEAR