# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; WME EMPLOYEE WELFARE BENEFIT PLAN,<br><br>          Defendants. | Case No. C 15-00744 TEH<br><br>**ORDER UPON STIPULATION TO TRANSFER VENUE** |

The Court, having reviewed the Stipulation to Transfer Venue ("Stipulation") between Plaintiff JOHN DOE and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential") finds that good cause exists to enter an order approving said Stipulation.

IT IS HEREBY ORDERED AS FOLLOWS:

This action is to be transferred to the United States District Court, Central District, Western Division.

Dated: _____May 28_____, 2015

_____
Hon. Thelton E. Henderson
Judge, United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

143650.1

Case No. C 15-00744 TEH
ORDER UPON STIPULATION TO TRANSFER VENUE